UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JORY STEVENS,

     Plaintiff,

                                   Case No. 1:25-cv-1695

v.

                                   Hon. Hala Y. Jarbou

STEVE HINKLEY, et al.,

     Defendants.
_____/

## **ORDER**

On February 27, 2026, Magistrate Judge Kent issued a report and recommendation that the Court should dismiss the complaint for lack of subject-matter jurisdiction.  (ECF No. 11).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on March 13, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court certifies that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: May 15, 2026                 /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT JORY STEVENS,

     Plaintiff,

                                            Case No. 1:25-cv-1695

v.

                                            Hon. Hala Y. Jarbou

STEVE HINKLEY, *et al*.,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the order entered this date:

     **IT IS ORDERED** that this action is **DISMISSED.**


Dated: May 15, 2026               /s/ Hala Y. Jarbou
                                     HALA Y. JARBOU
                                     CHIEF UNITED STATES DISTRICT JUDGE